JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ETIENNE COOK,<br><br>            Plaintiff,<br><br>  vs.<br><br>COMPUTER SCIENCES CORPORATION; and DOES 1 to 10,<br><br>           Defendants. | Case No.: CV11-03715- PA (AGRx)<br><br>**ORDER RE: STIPULATION TO DISMISS WITH PREJUDICE**<br><br>Complaint Filed: March 30, 2011<br>Removal Date:   April 29, 2011<br>Trial Date:        March 27, 2012 |

1

1 | Having considered the Stipulation to Dismiss with Prejudice submitted by
2 | the parties in this matter, and good cause appearing,
3 | **IT IS HEREBY ORDERED** that this action be dismissed with prejudice,
4 | each party to bear its own fees and costs.

Dated: March 1, 2012

United States District Court