JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ETIENNE COOK, | Case No.: CV11-03715- PA (AGRx) |
| Plaintiff, | |
| vs. | **ORDER RE:** |
| COMPUTER SCIENCES CORPORATION; and DOES 1 to 10, | **STIPULATION TO DISMISS WITH PREJUDICE** |
| Defendants. | Complaint Filed: March 30, 2011<br>Removal Date: April 29, 2011<br>Trial Date: March 27, 2012 |

1

1  Having considered the Stipulation to Dismiss with Prejudice submitted by
2  the parties in this matter, and good cause appearing,
3  **IT IS HEREBY ORDERED** that this action be dismissed with prejudice,
4  each party to bear its own fees and costs.
5
6  Dated: March 1, 2012            _____
7                                  United States District Court